AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Cepane Sarty

)
)
)
)
)
)
)

Case: 1:24-mj-00019
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 01/19/2024
Description: COMPLAINT W/ARREST WARRANT

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cepane Sarty                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)-Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)-Engaging In Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)- Engage in an act of physical violence in the Grounds or any of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;

Date:    01/19/2024                         _____
                                                   *Issuing officer's signature*

City and state:        Washington, D.C.                Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                   *Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 1/19/2024 , and the person was arrested on *(date)* 02/05/2024
at *(city and state)* ATLANTA, GA .

Date: 02/06/2024                         _____
                                                   *Arresting officer's signature*

                                                   B. WALTERS Special Agent
                                                   *Printed name and title* FBI