### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States, | ) |
| v. | ) No. 1:24-mj-19 |
| Cepane Sarty, | ) |
| Defendant. | ) |

### MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant Cepane Sarty respectfully requests the Court to modify his conditions of release to allow him to go on pre-planned foreign travel. In support of this request Mr. Sarty submits the following:

1. Mr. Sarty is charged with one felony under 18 U.S.C. § 111(a)(1) as well as the routinely charged January 6 misdemeanors.

2. Mr. Sarty's conditions of release allow for travel outside the United States with Court approval. ECF 7 at 23 ("No travel outside continental U.S. w/out court approval"). He was also required to surrender his passport to pretrial services. *Id*.

3. Prior to arrest, Mr. Sarty and his family had planned a trip to Poland and Greece for vacation and to visit family from June 6 to July 9. They have not yet purchased airfare but have placed a significant amount of nonrefundable deposits on accommodations. Mr. Sarty can provide pretrial services with details on air travel once it is finalized.

4. Mr. Sarty does not have recent criminal history, is employed, and has extensive

family connections in the United States.  He is not a risk of flight.

5. Undersigned counsel has discussed this request with counsel for the government who stated she will likely object.

For the foregoing reasons, Mr. Sarty respectfully requests the Court to approve his pre-planned summer vacation and allow him temporarily to receive his passport for that limited purpose.

Respectfully Submitted,

By:

/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1750 K St. NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed on opposing counsel through the Court's electronic filing system.

By: */s/ Charles Burnham*

Charles Burnham
D.C. Bar 1003464
*Attorney for Defendant*
Burnham & Gorokhov, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com